# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:19-po-00235-JLT |
| Plaintiff, | ) ORDER OF RELEASE |
| v. | ) |
| FREDRICK L. ROSS, | ) |
| Defendant. | ) |

Defendant, Fredrick L. Ross, was sentenced on January 20, 2021 to TIME SERVED.

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.

IT IS SO ORDERED.

Dated: **January 20, 2021**         **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE

1